UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
In re: : Chapter 11
:
CELSIUS NETWORK LLC, *et al.*,[1] : Case No. 22-10964 (MG)
:
                Reorganized Debtors. : (Jointly Administered)
:
------------------------------------- x
:
CELSIUS NETWORK LLC and affiliated :
post-Effective Date Debtors, by and through :
the Blockchain Recovery Investment Consortium, : Adv. Proc. No. 25-01045 (MG)
LLC, acting in its capacity as the Complex Asset :
Recovery Manager and Litigation Administrator, : Civil No. 25 Civ. _____
:
                Plaintiff, :
:
     - against - :
:
CHAINALYSIS INC., :
:
                Defendant. :
:
------------------------------------- x

### NOTICE OF DEFENDANT CHAINALYSIS INC.'S
### MOTION TO WITHDRAW THE REFERENCE

PLEASE TAKE NOTICE that Defendant Chainalysis Inc. respectfully moves the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Local Bankruptcy Rule 5011-1, withdrawing the reference to the Bankruptcy Court of the above-captioned adversary proceeding for the reasons set forth in the accompanying Memorandum of Law.

---

[1] The Debtors in these Chapter 11 cases ("Celsius Debtors"), along with the last four digits of their federal tax identification numbers, are: Celsius Network LLC (2148) ("Celsius"); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).

Defendant has made no prior request to the District Court or any other court for the relief requested by this motion.

WHEREFORE, Defendant respectfully requests that the District Court enter an order granting the relief requested herein, and such other and further relief as the District Court deems just and appropriate.

Dated: New York, New York
　　　　March 31, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Alexander C. Drylewski*
　　　　　　　　　　　　　　　　　　　　Robert D. Drain
　　　　　　　　　　　　　　　　　　　　Alexander C. Drylewski
　　　　　　　　　　　　　　　　　　　　Lara A. Flath
　　　　　　　　　　　　　　　　　　　　One Manhattan West
　　　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 735-3000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 735-2000
　　　　　　　　　　　　　　　　　　　　robert.drain@skadden.com
　　　　　　　　　　　　　　　　　　　　alexander.drylewski@skadden.com
　　　　　　　　　　　　　　　　　　　　lara.flath@skadden.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Chainalysis Inc.*