USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK LLC, et al.,

                        Reorganized Debtors.

---

CELSIUS NETWORK LLC, et al.,

                        Plaintiffs,

                -against-

CHAINALYSIS INC.,

                        Defendant.

25-CV-02669 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The above-entitled Bankruptcy Withdrawal has been assigned to Judge Garnett. The withdrawal was docketed in the District Court on March 31, 2025. The attention of all parties is directed to Rule 6.1 of the Local Rules, which provide for the dates within briefs are to be served and filed. That rule will be adhered to absent any Court relief granting a party's motion for an extension of time, which should be made pursuant to the requirements set forth in the Court's Individual Rules & Practices, *see* Rule I(B)(5), available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: April 3, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge