UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
In re:                                :
                                      :
CELSIUS NETWORK LLC, *et al.*,[1]     :
                                      :
            Reorganized Debtors.      :
                                      :
------------------------------------- x
                                      :
CELSIUS NETWORK LLC and affiliated    :
post-Effective Date Debtors, by and through :
the Blockchain Recovery Investment Consortium, :  Civil No. 25 Civ. 2669 (MMG)
LLC, acting in its capacity as the Complex Asset :
Recovery Manager and Litigation Administrator, :
                                      :
            Plaintiff,                :
                                      :
       - against -                    :
                                      :
CHAINALYSIS INC.,                     :
                                      :
            Defendant.                :
                                      :
------------------------------------- x

### CORPORATE DISCLOSURE STATEMENT OF CELSIUS NETWORK LLC, AND AFFILIATED POST-EFFECTIVE DATE DEBTORS, ACTING BY AND THROUGH THE COMPLEX ASSET RECOVERY MANAGER AND LITIGATION ADMINISTRATOR

Plaintiff Celsius Network LLC, and affiliated post-effective date debtors (collectively, the "Post-Effective Date Debtors"), acting by and through the Complex Asset Recovery Manager and Litigation Administrator, by and through the undersigned counsel, hereby submit the following

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

corporate disclosure statement: Plaintiff has no parent company and no publicly held corporation owns 10% or more of Plaintiff.

| | |
|---|---|
| Dated:  New York, New York<br>        April 11, 2025 | Respectfully Submitted,<br><br>**VENABLE LLP**<br><br>*/s/ Jeffrey S. Sabin*<br>Jeffrey S. Sabin<br>Xochitl S. Strohbehn<br>Arie A. Peled<br>151 West 42nd St., 49th Floor<br>New York, New York 10036<br>Telephone (212) 503-0896<br>Facsimile: (212) 307-5598<br>Jssabin@venable.com<br>XSStrohbehn@venable.com<br>AAPeled@venable.com<br><br>-and-<br><br>**MARK MIGDAL & HAYDEN**<br><br>Joshua Migdal (*pro hac vice motion pending*)<br>Daija P. Lifshitz (*admitted pro hac vice motion*)<br>Charles Garabedian (*pro hac vice motion forthcoming*)<br>80 SW 8th St., Suite 1999<br>Miami, Florida 33130<br>Telephone: (305) 374-0440<br>Josh@markmigal.com<br>Daija@markmigdal.com<br>Charles@markmigdal.com<br><br>*Counsel to Litigation Administrator* |