UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

CELSIUS NETWORK LLC, *et al.*,[1]

Reorganized Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELSIUS NETWORK LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator,

                       Plaintiff,

            - against -

CHAINALYSIS INC.,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil No. 1:25-cv-02669-MMG

**NOTICE OF DEFENDANT CHAINALYSIS INC.'S
<u>MOTION TO DISMISS THE COMPLAINT</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated May 9, 2025, and the Declaration of Alexander C. Drylewski, dated May 9, 2025, and the exhibits thereto, Defendant Chainalysis Inc. ("Chainalysis") will move this Court, before the Honorable Margaret M. Garnett, at the United States Courthouse, Courtroom 906, 40 Foley Square, New York, New York, on a date and time to be determined by the Court, for an Order dismissing

---

[1] The Debtors in these Chapter 11 cases ("Celsius Debtors"), along with the last four digits of their federal tax identification numbers, are: Celsius Network LLC (2148) ("Celsius"); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).

with prejudice Plaintiff's Complaint against Chainalysis and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       May 9, 2025

                                Respectfully submitted,

                                */s/ Alexander C. Drylewski*
                                Robert D. Drain
                                Alexander C. Drylewski
                                Lara A. Flath
                                SKADDEN, ARPS, SLATE,
                                   MEAGHER & FLOM LLP
                                One Manhattan West
                                New York, New York 10001
                                Telephone: (212) 735-3000
                                Facsimile: (212) 735-2000
                                robert.drain@skadden.com
                                alexander.drylewski@skadden.com
                                lara.flath@skadden.com

                                *Counsel for Defendant Chainalysis Inc.*