Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212.735.2129
DIRECT FAX
917.777.2129
EMAIL ADDRESS
ALEXANDER.DRYLEWSKI@SKADDEN.COM

July 24, 2025

**BY ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Celsius Network LLC et al. v. Chainalysis Inc.*, 25-cv-02669 (MMG)

Dear Judge Garnett:

On behalf of Defendant Chainalysis Inc. in the above-referenced action, and in accordance with Rule I(B)(1) of the Court's Individual Rules and Practices, we respectfully write to notify the Court of a correction to a previously filed exhibit. While assembling the Court's courtesy copies for Chainalysis's fully briefed motion to dismiss, we realized Exhibit 1 to the Declaration of Alexander C. Drylewski is missing the final page: Plaintiff's accompanying Exhibit A to the Complaint. (*See* ECF No. 25-1.) This Exhibit A to the Complaint was previously filed in connection with Chainalysis's Motion to Withdraw the Bankruptcy Reference. (*See* ECF No. 4-1.) To avoid any confusion, Chainalysis intends to refile the Declaration of Alexander C. Drylewski in Support of Defendant Chainalysis's Motion to Dismiss with a complete copy of Exhibit 1 that includes Plaintiff's Exhibit A to the Complaint. We apologize for any inconvenience.

Respectfully submitted,

*/s/ Alexander C. Drylewski*
Alexander C. Drylewski

cc: Counsel of Record (via ECF)