UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK LLC, et al.,[1]

                        Reorganized Debtors.

CELSIUS NETWORK LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator,

                        Plaintiff,

-against-

CHAINALYSIS, INC.,

                        Defendant.

No. 25-cv-02669-MMG

STIPULATION ON CONSENT REGARDING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF

The undersigned hereby stipulate and consent to the substitution of the law firm of Levin Migdal & Gibbs, by and through its attorneys, Paul Levin, Joshua Migdal, and Lauren Gibbs, as attorneys of record for Plaintiff Celsius Network LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator in the above-captioned matter, in place and instead of the law firm of Mark Migdal & Hayden, and its attorneys, Charles Garabedian, and Daija P. Lifshitz.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Dated: New York, New York
       August 15, 2025

By: */s/ Charles Garabedian*

Charles Garabedian
Daija P. Lifshitz
MARK MIGDAL & HAYDEN
80 SW 8th St., Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
Email: Charles@markmigdal.com
Email: Daija@markmigdal.com

By: */s/ Joshua Migdal*

Joshua Migdal
*Paul Levin
*Lauren Gibbs
Levin Migdal & Gibbs
7391 SW 57th Ct.
Suite 515
Miami, FL 33143
Telephone: (305) 374-6617
Email: Josh@lmgllp.com
Email: Paul@lmgllp.com
Email: Lauren@lmgllp.com

*Pro Hac Vice Admission ending

## Client Consent

Plaintiff Celsius Network LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator hereby approves and consents to this Stipulation for Substitution of Counsel on this 15th day of August, 2025.

_____
David Proman (Aug 15, 2025 14:25:54 EDT)

Authorized Representative