UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>         Reorganized Debtors.<br>CELSIUS NETWORK LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator,<br><br>         Plaintiff,<br><br>     -against-<br><br>CHAINALYSIS, INC.,<br><br>         Defendant. | No. 25-cv-02669-MMG<br><br>**ORDER GRANTING STIPULATION ON CONSENT RELATED TO SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF** |

  Pursuant to Stipulation and consent to the substitution of the law firm of Levin Migdal & Gibbs, by and through its attorneys, Paul Levin, Joshua Migdal, and Lauren Gibbs, as attorneys of record for Plaintiff Celsius Network LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator in the above-captioned matter, in place and instead of the law firm of Mark Migdal & Hayden, and its attorneys, Charles Garabedian, and Daija P. Lifshitz.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

IT IS SO ORDERED.

Dated: _____     _____

Honorable Margaret M. Garnett