**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CELSIUS NETWORK LLC, *et al.*,[1]

                                    Reorganized Debtors.

CELSIUS NETWORK LLC and affiliated
post-Effective Date Debtors, by and through
the Blockchain Recovery Investment Consortium,
LLC, acting in its capacity as the Complex Asset
Recovery Manager and Litigation Administrator,

                        Plaintiff,

            -against-

CHAINALYSIS, INC.,

                            Defendant.

No. 25-cv-02669-MMG

**AFFIDAVIT OF**
**PAUL LEVIN IN SUPPORT**
**OF MOTION FOR**
**ADMISSION PRO HAC VICE**

1.      I am an attorney in the law firm Levin Migdal & Gibbs LLP.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of California.

4.      There are no disciplinary proceedings pending against me in any state or federal court.

5.      I have never been convicted of a felony.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

6.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.     Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case on behalf of the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2025

By: _____

Paul Levin

Sworn to before me this
25 day of September, 2025

_____
Notary Public

SHANNA T. HEMPHILL
Notary Public - California
Los Angeles County
Commission # 2511697
My Comm. Expires Feb 28, 2029