# EXHIBIT A



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

#### OF THE

### STATE OF CALIFORNIA

#### *PAUL ANDREW LEVIN*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that PAUL ANDREW LEVIN, #229077, was on the 8th day of December 2003 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of September 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
    *T. Ma, Deputy Clerk*