UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　　Reorganized Debtors.<br>CELSIUS NETWORK LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>CHAINALYSIS, INC.,<br><br>　　　　　　　　　　Defendant. | Civil No. 25-cv-02669-MMG<br><br>**ORDER ON MOTION OF PAUL LEVIN FOR ADMISSION PRO HAC VICE** |

　　　　The motion of Paul Levin, for admission to practice Pro Hac Vice in the above captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> Paul Levin
> Levin Migdal & Gibbs LLP
> 11150 Santa Monica Blvd.
> Suite 1670
> Los Angeles, CA  90025
> Telephone: (213) 344-2418
> Email:  Paul@lmgllp.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated: September __, 2025

_____
Honorable Margaret M. Garnett