**MARK FERRER & HAYDEN**
DAIJA P. LIFSHITZ
80 SW 8th St., Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
Email: Daija@markmigdal.com

**UNITED STATES DISTRICT COURT SOUTHERN**
**DISTRICT OF NEW YORK**

| | |
|---|---|
| CELSIUS NETWORK LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator,<br><br>Plaintiff,<br><br>-against-<br><br>CHAINALYSIS, INC.,<br><br>Defendant. | Civil No. 1:25-cv-02669-MMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

**PLEASE TAKE NOTICE** that Daija P. Lifshitz, of the law firm of Mark Ferrer & Hayden, former counsel to the Litigation Administrator (the Blockchain Recovery Investment Consortium, LLC), hereby withdraws her *pro hac vice* appearance in the above case. Ms. Lifshitz entered an appearance (ECF No. 17).

Since entering her appearance, the movant's law firm has formally changed its name and no longer represents the plaintiff, as Joshua Migdal – who was lead counsel on the case has since left the firm has taken over the representation for Plaintiff. Plaintiff will continue to be represented by Venable LLP and Levin Migdal & Gibbs.

Accordingly, the movant respectfully requests that Ms. Lifshitz's name be removed from the Court's mailing matrix and service list for this case. Her contact information (office address,

- 1 -

telephone number, and e-mail address) is as follows:

Daija P. Lifshitz
**MARK FERRER & HAYDEN**
80 SW 8th St., Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
Email: Daija@mfh.law
          eservice@mfh.law

---

[1]  The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).

Dated: April 10, 2026                    Respectfully submitted,

**MARK FERRER & HAYDEN**
80 SW 8th St., Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By:  s/ *Daija P. Lifshitz*
     Daija P. Lifshitz
     (admitted *pro hac vice*)
     Email: Daija@mfh.law
     eservice@mfh.law