**MARK FERRER & HAYDEN**
DAIJA P. LIFSHITZ
80 SW 8th St., Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
Email: Daija@markmigdal.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CELSIUS NETWORK LLC and affiliated post-Effective Date Debtors, by and through the Blockchain Recovery Investment Consortium, LLC, acting in its capacity as the Complex Asset Recovery Manager and Litigation Administrator,<br><br>Plaintiff,<br><br>-against-<br><br>CHAINALYSIS, INC.,<br><br>Defendant. | Civil No. 1:25-cv-02669-MMG |

## [PROPOSED] ORDER WITHDRAWING DAIJA P. LIFSHITZ

IT IS HEREBY ORDERED that Daija P. Lifshitz's Motion to Withdraw as Counsel is GRANTED. Daija P. Lifshitz is hereby terminated as counsel for Litigation Administrator (the Blockchain Recovery Investment Consortium, LLC).

Dated: April ___, 2026                           SO ORDERED.

_____
Hon. Margaret M. Garnett United
States District Judge

---

[1]    The Debtors in these Chapter 11 cases ("Celsius Debtors"), along with the last four digits of their federal tax identification numbers, are: Celsius Network LLC (2148) ("Celsius"); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).

- 1 -