November 4, 2026

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Celsius Network LLC et al. v. Chainalysis Inc.*, 25-CV-02669 (MMG)**

Dear Judge Garnett:

The parties to the above-referenced action submit this joint letter motion pursuant to Local Civil Rule 7.1(d) and the Court's Individual Rules & Practices I.B.5 regarding the initial pretrial conference currently scheduled for November 19, 2026, at 9:30 AM. Due to plaintiff's counsel's inability to attend the conference as scheduled, plaintiff respectfully requests that the Court adjourn the conference to a date in January 2027, or such other date thereafter as is convenient for the Court. Plaintiff also respectfully requests that the Court reset the related deadlines to file the Civil Case Management Plan and Scheduling Order in accordance with newly scheduled date for the initial pretrial conference. Defendant Chainalysis Inc. consents to the request.

This is the first request for an adjournment of this initial conference.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

VENABLE LLP

*/s/ Jeffrey S. Sabin*
Jeffrey S. Sabin
Xochitl S. Strohbehn
151 West 42nd St., 49th Floor
New York, New York 10036
Telephone (212) 503-0896
Facsimile: (212) 307-5598
JSSabin@venable.com
Xochitl.Strohbehn@venable.com

-and-

LEVIN, MIGDAL & GIBBS

Joshua Migdal (admitted *pro hac vice*)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Alexander C. Drylewski*
Alexander C. Drylewski
Lara A. Flath
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
lara.flath@skadden.com

*Counsel for Defendant Chainalysis Inc.*

Lauren Gibbs (admitted *pro hac vice*)
Paul Levin (admitted *pro hac vice*)
7310 SW 57th Court
Suite 515
Miami, Florida 33143

11150 Santa Monica Blvd.
Suite 1070
Los Angeles CA 90025
Telephone: (305) 374-6617
Telephone: (213) 344-1793
Josh@lmgllp.com
Paul@lmgllp.com
Lauren@lmgllp.com

*Counsel to Litigation Administrator*

GRANTED. The Initial Pretrial Conference scheduled for November 19, 2026, is hereby ADJOURNED until **January 21, 2026**, at **9:30 A.M.**, in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The parties shall file their joint letter and proposed Case Management Plan by no later than **January 14, 2026**.

SO ORDERED. Dated November 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE